B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Mississippi

In re    **Affordable Housing Mississippi LLC**                              ,        Case No.    **10-14827-DWH**

                                      Debtor        Chapter                                    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 538,000.00 | | |
| B - Personal Property | Yes | 5 | 2,295,194.39 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 4,494,311.43 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 4,649,229.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 2,833,194.39 | | |
| | | | Total Liabilities | 9,143,540.78 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Mississippi

In re    **Affordable Housing Mississippi LLC**                    ,    Case No.    **10-14827-DWH**

Debtor

Chapter                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Affordable Housing Mississippi LLC**                                    ,    Case No.    **10-14827-DWH**
_____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **24 Vacant Lots in Sherman Estates Subdivision, Sherman, Union Co., MS** | **Fee simple** | - | 300,000.00 | 283,048.02 |
| **Two houses and lots in Sherman Estates Subdivision, Sherman, Union Co., MS** | **Fee simple** | - | 238,000.00 | 208,000.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | Sub-Total > | 538,000.00 | (Total of this page) |
| | Total > | 538,000.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re __Affordable Housing Mississippi LLC_____,    Case No.   __10-14827-DWH_____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Operating Acct. No. 8063 atTrustmark National Bank and Checking Maintenance Acct. No. 3710 at Guaranty Bank & Trust** | - | 9,772.82 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                        Sub-Total >        **9,772.82**
                                                        (Total of this page)

__4__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Affordable Housing Mississippi LLC**                                      ,    Case No.    **10-14827-DWH**
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Booneville II Apartments, L.L.C. and Prentiss Apartments, L.P., both of Olive Branch, MS**<br><br>**MARKET VALUE ARRIVED AT BY SUBTRACTING DEBTS ON PROPERTY FROM ORIGINAL MARKET VALUE** | - | 371,383.14 |
| | | **Guntown Apartments, L.P., and Guntown Apartments II, L.P., Guntown, Olive Branch, MS**<br><br>**MARKET VALUE ARRIVED AT BY SUBTRACTING DEBTS ON PROPERTY FROM ORIGINAL MARKET VALUE** | - | 300,195.72 |
| | | **Noxapater Elderly Apartments, L.L.C., Olive Branch, MS**<br><br>**MARKET VALUE ARRIVED AT BY SUBTRACTING DEBTS ON PROPERTY FROM ORIGINAL MARKET VALUE** | - | 139,115.00 |
| | | **Como I Apartments, L.L.C., Como II Apartments, L.L.C., and Robinsonville II Apartments, L.L.C., all of Olive Branch, MS**<br><br>**MARKET VALUE ARRIVED AT BY SUBTRACTING DEBTS ON PROPERTY FROM ORIGINAL MARKET VALUE** | - | 403,681.68 |
| | | **Jumpertown Apartments, LLC, Olive Branch, MS**<br><br>**MARKET VALUE ARRIVED AT BY SUBTRACTING DEBTS ON PROPERTY FROM ORIGINAL MARKET VALUE** | - | 105,216.06 |

Sub-Total >    **1,319,591.60**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Affordable Housing Mississippi LLC**                                    ,     Case No.   **10-14827-DWH**
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Mantachie Apartment Homes, LLC, Olive Branch, MS** | - | **300,496.12** |
| | | **MARKET VALUE ARRIVED AT BY SUBTRACTING DEBTS ON PROPERTY FROM ORIGINAL MARKET VALUE** | | |
| | | **Myrtle Apartments, L.L.C., Olive Branch, MS** | - | **146,352.58** |
| | | **MARKET VALUE ARRIVED AT BY SUBTRACTING DEBTS ON PROPERTY FROM ORIGINAL MARKET VALUE** | | |
| | | **Rienzi Apartment Homes, LLC, Olive Branch, MS** | - | **206,299.82** |
| | | **MARKET VALUE ARRIVED AT BY SUBTRACTING DEBTS ON PROPERTY FROM ORIGINAL MARKET VALUE** | | |
| | | **Como III Apartments, L.L.C., of Olive Branch, MS** | - | **263,996.33** |
| | | **MARKET VALUE ARRIVED AT BY SUBTRACTING DEBTS ON PROPERTY FROM ORIGINAL MARKET VALUE** | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Unpaid Rents** | - | **46,185.12** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          **963,329.97**
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Affordable Housing Mississippi LLC**                                    ,    Case No.    **10-14827-DWH**
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desks, Computers, Phones, Chairs, File Cabinets, etc.** | - | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >                     **2,500.00**
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Affordable Housing Mississippi LLC**                              ,    Case No.    **10-14827-DWH**
_____                                      _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  (Total of this page) | **0.00** |
|---|---|---|
|  | Total > | **2,295,194.39** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Affordable Housing Mississippi LLC**                                    Case No. __**10-14827-DWH**__
_____ ,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **4429** <br><br> **BancorpSouth Bank** <br> **P. O. Box 789** <br> **Tupelo, MS 38802** | X | - | 04/25/08 <br><br> **Property of Booneville II Apartments, L.L.C. and Prentiss Apartments, L.P., both of Booneville, Prentiss Co., MS** <br><br> Value $            **960,000.00** | | | | **588,616.86** | **0.00** |
| Account No. **9076** <br><br> **BancorpSouth Bank** <br> **P. O. Box 789** <br> **Tupelo, MS 38802** | X | - | 04/03/08 <br><br> **Property of Guntown Apartments, L.P. and Guntown Apartments II, L.P., Guntown, Lee County, MS** <br><br> Value $            **930,000.00** | | | | **629,804.28** | **0.00** |
| Account No. <br><br> **BancorpSouth Bank** <br> **P. O. Box 789** <br> **Tupelo, MS 38802** | X | - | 12/08 <br><br> **Deed of Trust** <br><br> **Two houses and lots in Sherman Estates Subdivision, Sherman, Union Co., MS** <br><br> Value $            **238,000.00** | | | | **208,000.00** | **0.00** |
| Account No. **9988** <br><br> **Community Bank, North MS** <br> **1317 North Gloster** <br> **Tupelo, MS 38804** | X | - | 01/20/09 <br><br> **Deed of Trust** <br><br> **24 Vacant Lots in Sherman Estates Subdivision, Sherman, Union Co., MS** <br><br> Value $            **300,000.00** | | | | **238,451.60** | **0.00** |

__3__ continuation sheets attached

Subtotal <br> (Total of this page)   **1,664,872.74**   **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Affordable Housing Mississippi LLC**                          ,     Case No.   **10-14827-DWH**
                                                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0240** | | | 10/07 | | | | | |
| **Community Spirit Bank** P. O. Box 449 Red Bay, AL 35582 | X | - | **Property of Noxapater Elderly Apartments, L.L.C., Noxapater, Winston Co., MS** | | | | | |
| | | | Value $         **500,000.00** | | | | **110,885.00** | **0.00** |
| Account No. **1616** | | | 10/07 | | | | | |
| **Guaranty Bank & Trust** P. O. Box 1624 Batesville, MS 38606 | X | - | **Property of Como I Apartments, L.L.C., Como II Apartments, L.L.C., both of Como, Panola Co., MS, and of Robinsonville II Apartments, L.L.C., of Robinsville, Tunica Co., MS** | | | | | |
| | | | Value $       **1,440,000.00** | | | | **1,036,318.32** | **0.00** |
| Account No. **NN** | | | 09/10 | | | | | |
| **Joyce Dawson** 224 Highway 309 South Byhalia, MS 38611 | | - | **Second Mortgage** **24 Vacant Lots in Sherman Estates Subdivision, Sherman, Union Co., MS** | | | | | |
| | | | Value $         **300,000.00** | | | | **44,596.42** | **0.00** |
| Account No. **NN** | | | 10/07 | | | | | |
| **Kenneth Windham** P. O. Box 310 Baldwyn, MS 38824 | | - | **Second Mortgage** **Property of Noxapater Elderly Apartments, L.L.C., Noxapater, Winston Co., MS** | | | | | |
| | | | Value $         **500,000.00** | | | | **250,000.00** | **0.00** |
| Account No. **NN** | | | 04/25/08 | | | | | |
| **Kenneth Windham** P. O. Box 310 Baldwyn, MS 38824 | X | - | **Second Mortgage** **Property of Jumpertown Apartment Homes, LLC, Booneville, Prentiss Co., MS** | | | | | |
| | | | Value $         **390,000.00** | | | | **121,770.00** | **0.00** |

Sheet  **1**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **1,563,569.74** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   __Affordable Housing Mississippi LLC_____,    Case No.   __10-14827-DWH_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. **1711** | | | 10/07 | | | | | |
| Regions Bank P.O. Box 11007 Birmingham, AL 35288 | X | - | Property of Como III Apartments, L.L.C., Como, Panola Co., MS | | | | | |
| | | | Value $            480,000.00 | | | | 216,003.67 | 0.00 |
| Account No. **4315** | | | 04/25/08 | | | | | |
| Regions Bank P.O. Box 11007 Birmingham, AL 35288 | X | - | Property of Jumpertown Apartment Homes, LLC, Booneville, Prentiss Co., MS | | | | | |
| | | | Value $            390,000.00 | | | | 163,013.94 | 0.00 |
| Account No. **0021** | | | 04/30/08 | | | | | |
| Renasant Bank P. O. Box 709 Tupelo, MS 38804 | X | - | Property of Mantachi Apartment Homes, LLC, Mantachie, Itawamba Co., MS | | | | | |
| | | | Value $            600,000.00 | | | | 285,899.88 | 0.00 |
| Account No. **0022** | | | 04/30/08 | | | | | |
| Renasant Bank P. O. Box 4140 Tupelo, MS 38803-4140 | X | - | Property of Myrtle Apartments, L.L.C., Myrtle, Union Co., MS | | | | | |
| | | | Value $            425,000.00 | | | | 265,043.42 | 0.00 |
| Account No. **0020** | | | 04/20/08 | | | | | |
| Renasant Bank P. O. Box 4140 Tupelo, MS 38803-4140 | X | - | Property of Rienzi Apartment Homes, LLC, Rienzi, Alcorn Co, MS | | | | | |
| | | | Value $            515,000.00 | | | | 295,096.18 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  |  1,225,057.09  |  0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re   **Affordable Housing Mississippi LLC** _____ ,        Case No.   **10-14827-DWH** _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W JC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0023** <br><br>**Renasant Bank** <br>**P. O. Box 4140** <br>**Tupelo, MS 38803-4140** | X - | | **04/30/08** <br><br>**Second Mortgage** <br><br>**2008 taxes on Mantachie, Myrtle and Rienzi Apartments** <br> Value $ **1,540,000.00** | | | | 40,811.86 | 0.00 |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 40,811.86 | 0.00 |
| Total <br> (Report on Summary of Schedules) | 4,494,311.43 | 0.00 |

B6E (Official Form 6E) (4/10)

In re   **Affordable Housing Mississippi LLC**                                          Case No.   **10-14827-DWH**
                                                                    ,
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 04/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        **0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Affordable Housing Mississippi LLC** ,        Case No. __10-14827-DWH__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. 0059, 9173, & 0060 <br><br> **Allied Waste** <br> **1010 Rogers Road** <br> **Marks, MS 38646** | - | | | **Trash Removal** | | | | 746.63 |
| Account No. 8002, 8001 & 2002 <br><br> **Ansco Waste** <br> **P.O. Box 96** <br> **Walnut, MS 38683** | - | | | **Trash Removal** | | | | 609.79 |
| Account No. 3119 <br><br> **Avandia Credit** <br> **P.O. Box 5657** <br> **Hicksville, NY 11802** | - | | | **Credit Card** | | | | 18,379.80 |
| Account No. 0011 <br><br> **Capital One Credit** <br> **P.O. Box 60599** <br> **City of Industry, CA 91716** | - | | | **Credit Card** | | | | 19,090.33 |
| __4__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 38,826.55 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Affordable Housing Mississippi LLC**                                          , Case No.   **10-14827-DWH**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Telephone Service | | | | |
| **Century Link** **P.O. Box 4300** **Carol Stream, IL 60197** | | - | | | | | 180.51 |
| Account No. | | | Lawsuit Pending in DeSoto County Circuit Court; Case No. CV2010-0085 | | | | |
| **Chester P. Sappington** **c/o Grady L. McCool, III** **120 N. Congress Street** **Jackson, MS 39201** | X | - | NOTE:  CLAIM AMOUNT DOES NOT INCLUDE INTEREST, EXEMPLARY & PUNITIVE DAMAGES, ATTORNEY'S FEES & COSTS ALSO DEMANDED IN SUIT | | | X | 76,000.00 |
| Account No. | | | Debt of Kenneth Windham | | | | |
| **City of Booneville** **203 N. Main St.** **Booneville, MS 38829** | | - | | X | | X | 397,263.00 |
| Account No. | | | Debt of Kenneth Windham | | | | |
| **County of Prentiss** **Att'n:  Chancery Clerk** **P. O. Box 477** **Booneville, MS 38829** | | - | | X | | X | 307,050.00 |
| Account No. | | | Debt of Kenneth Windham | | | | |
| **County of Tunica** **Att'n:  Chancery Clerk** **P. O. Box 217** **Tunica, MS 38676** | | - | | X | | X | 450,000.00 |

Sheet no.   **1**   of   **4**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,230,493.51

B6F (Official Form 6F) (12/07) - Cont.

In re __Affordable Housing Mississippi LLC_____,    Case No. __10-14827-DWH_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | **Attorney's Fees** | | | | |
| **Holland, Ray, Upchurch & Hillen** **P. O. Drawer 409** **Tupelo, MS 38802-0409** | | | | | | | | | **1,126.49** |
| Account No. | | | - | | **Accounting services** | | | | |
| **Jones & Jones CPA** **P.O. Box 250** **Booneville, MS 38829** | | | | | | | | | **1,025.89** |
| Account No. | X | | - | | **Equity Dispute Lawsuit Pending in Prentiss County Circuit Court; Case No. CV2008-00423JR** | | | | |
| **Larry Goodine** **c/o Daniel K. Tucker, Esq.** **P.O. Box 430** **Booneville, MS 38829** | | | | | | | | | **Unknown** |
| Account No. | | | - | | **Maintenance/repairs to apartment complexes** | | | | |
| **Mitch Wigginton** **193 CR 5471** **Baldwyn, MS 38824** | | | | | | | | | **1,306.91** |
| Account No. | | | - | | **Lawn services for complexes** | | | | |
| **Tim Nelson** **157 Old Trace Road** **Baldwyn, MS 38824** | | | | | | | | | **1,450.00** |

Sheet no. __2___ of __4___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,909.29**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Affordable Housing Mississippi LLC**                          ,      Case No.  __10-14827-DWH__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt of Kenneth Windham | | | | |
| **Town of Como P.O. Box 118 Como, MS 38619** | | - | | X | | X | 1,280,000.00 |
| Account No. | | | Debt of Kenneth Windham | | | | |
| **Town of Jumpertown 679 Highway 4 West Booneville, MS 38829** | | - | | X | | X | 380,000.00 |
| Account No. | | | Debt of Kenneth Windham | | | | |
| **Town of Mantachie P, O. Box 70 Mantachie, MS 38855** | | - | | X | | X | 450,000.00 |
| Account No. | | | Debt of Kenneth Windham | | | | |
| **Town of Myrtle P. O. Box 127 Myrtle, MS 38650** | | - | | X | | X | 400,000.00 |
| Account No. | | | Debt of Kenneth Windham | | | | |
| **Town of Noxapater P. O. Box 266 Noxapater, MS 39346** | | - | | X | | X | 415,000.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,925,000.00**

Husband, Wife, Joint, or Community

B6F (Official Form 6F) (12/07) - Cont.

In re   **Affordable Housing Mississippi LLC**_____,   Case No.   **10-14827-DWH**_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debt of Kenneth Windham | | | | |
| **Town of Reinzi** **Mississippi Home Corp.** **P. O. Box 53** **Rienzi, MS 38865** | - | | | X | | X | 450,000.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **450,000.00**

Total
(Report on Summary of Schedules)   **4,649,229.35**

B6G (Official Form 6G) (12/07)

.

In re    **Affordable Housing Mississippi LLC**                                          Case No.    **10-14827-DWH**
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
|  |  |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Affordable Housing Mississippi LLC**                                         ,        Case No.    **10-14827-DWH**
                                                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **BancorpSouth Bank**<br>**P. O. Box 789**<br>**Tupelo, MS 38802** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **BancorpSouth Bank**<br>**P. O. Box 789**<br>**Tupelo, MS 38802** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **BancorpSouth Bank**<br>**P. O. Box 789**<br>**Tupelo, MS 38802** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **Community Bank, North MS**<br>**1317 North Gloster**<br>**Tupelo, MS 38804** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **Community Spirit Bank**<br>**P. O. Box 449**<br>**Red Bay, AL 35582** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **Guaranty Bank & Trust**<br>**P. O. Box 1624**<br>**Batesville, MS 38606** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **Kenneth Windham**<br>**P. O. Box 310**<br>**Baldwyn, MS 38824** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **Regions Bank**<br>**P.O. Box 11007**<br>**Birmingham, AL 35288** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **Regions Bank**<br>**P.O. Box 11007**<br>**Birmingham, AL 35288** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **Renasant Bank**<br>**P. O. Box 709**<br>**Tupelo, MS 38804** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **Renasant Bank**<br>**P. O. Box 4140**<br>**Tupelo, MS 38803-4140** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **Renasant Bank**<br>**P. O. Box 4140**<br>**Tupelo, MS 38803-4140** |

**2**
____ continuation sheets attached to Schedule of Codebtors

In re   **Affordable Housing Mississippi LLC**_____,   Case No. ___**10-14827-DWH**_____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwin, MS 38824** | **Renasant Bank**<br>**P. O. Box 4140**<br>**Tupelo, MS 38803-4140** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwin, MS 38824** | **Chester P. Sappington**<br>**c/o Grady L. McCool, III**<br>**120 N. Congress Street**<br>**Jackson, MS 39201** |
| **Robert K. Farrar**<br>**2217 Hwy. 370**<br>**Baldwyn, MS 38824** | **Larry Goodine**<br>**c/o Daniel K. Tucker, Esq.**<br>**P.O. Box 430**<br>**Booneville, MS 38829** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **BancorpSouth Bank**<br>**P. O. Box 789**<br>**Tupelo, MS 38802** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **BancorpSouth Bank**<br>**P. O. Box 789**<br>**Tupelo, MS 38802** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **BancorpSouth Bank**<br>**P. O. Box 789**<br>**Tupelo, MS 38802** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Community Bank, North MS**<br>**1317 North Gloster**<br>**Tupelo, MS 38804** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Community Spirit Bank**<br>**P. O. Box 449**<br>**Red Bay, AL 35582** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Guaranty Bank & Trust**<br>**P. O. Box 1624**<br>**Batesville, MS 38606** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Kenneth Windham**<br>**P. O. Box 310**<br>**Baldwyn, MS 38824** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Regions Bank**<br>**P.O. Box 11007**<br>**Birmingham, AL 35288** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Regions Bank**<br>**P.O. Box 11007**<br>**Birmingham, AL 35288** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Renasant Bank**<br>**P. O. Box 709**<br>**Tupelo, MS 38804** |

Sheet __**1**__ of __**2**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re    **Affordable Housing Mississippi LLC**                                    ,    Case No.    **10-14827-DWH**
                                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Renasant Bank**<br>**P. O. Box 4140**<br>**Tupelo, MS 38803-4140** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Renasant Bank**<br>**P. O. Box 4140**<br>**Tupelo, MS 38803-4140** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Renasant Bank**<br>**P. O. Box 4140**<br>**Tupelo, MS 38803-4140** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Chester P. Sappington**<br>**c/o Grady L. McCool, III**<br>**120 N. Congress Street**<br>**Jackson, MS 39201** |
| **William T. Dawson**<br>**224 Hwy 309 South**<br>**Byhalia, MS 38611** | **Larry Goodine**<br>**c/o Daniel K. Tucker, Esq.**<br>**P.O. Box 430**<br>**Booneville, MS 38829** |

Sheet    **2**    of    **2**    continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re    __Affordable Housing Mississippi LLC__                                Case No.    __10-14827-DWH__

                                                    Debtor(s)          Chapter    __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __November  3, 2010__                    Signature    __/s/ Robert K. Farrar__

                                                        __Robert K. Farrar__
                                                        __Manager__

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.