# CHAPTER 11 PROCEEDING MEMO
## AND MINUTES OF §341 MEETING
### DATE: November 12, 2010, 10:30 a.m.

In re: **AFFORDABLE HOUSING MS, LLC**   CASE NO.: 10-14827-DWH
DEBTOR   CHAPTER 11

1. Name of attorney(s) for debtor(s): <u>Jeffrey K. Tyree</u>
2. Has/have attorney(s) for debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure? _X_ Yes ___No

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. §1102? ___ Yes _X_ No.

4. Appearances: ( X ) Debtor(s)
   ( X ) Debtor(s) representative
   ( X ) Attorney(s) for debtor(s)
   ( X ) Creditor(s): (See attached appearance sheet)

5. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for debtor(s)   ( X ) Creditors
   ( X ) UST designee   ( ) Others (specify below)

6. Debtor(s) required to _____ (See additional notes & comments.)

7. Fifth amendment invoked? ___ Yes _X_ No.

8. Meeting adjourned ( X ) Yes ( ) No. If no, meeting is continued to the __th__ day of ____, 2010___, at _____ o'clock __.m.

Additional notes and/or comments:

<u>Debtor will provide UST with original voided check for each DIP account and original Attachment V by 12/1/2010. If there is an existing contract with Affordable Housing Management Group/Terry Burress/or any other entity, Schedule G should be amended to reflect that by 12/1/2010.</u>

(Proceeding recorded)
Tape # _/_ Side _/_
Counter #_____

*Margaret Q. Middleton*
Margaret Q. Middleton
Presiding Officer

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re: AFFORDABLE HOUSING MS, LLC         CASE NO.: 10-14827-DWH

DEBTOR                                     CHAPTER 11

### §341(a) APPEARANCE SHEET

**§341(a) Location:** Oxford, Mississippi
**DATE:** November 12, 2010
**TIME:** 10:30 a.m.
**U.S. TRUSTEE REPRESENTATIVE:** Margaret O. Middleton

| Name (Creditor) (Print Legibly) | Attorney or Representative (Print Legibly) | Signature |
|---|---|---|
| [signature] | | [signature] |
| BANCORPSOUTH | Kirk Wilburn | [signature] K.L. Wilburn |
| Larry Goodine | Kristina Johnson | Kristina M. Johnson |
| Renasant Bank | Andy Phillips | D. Andrew Ph. |
| Kenneth Windam | Thomas Comer | [signature] |