IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE AFFORDABLE HOUSING MISSISSIPPI LLC           NO. 10-14827-DWH
                                                                                               CHAPTER 11

## CLASS 5 BALLOT
## FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

COMES NOW BancorpSouth Bank, the undersigned holder of four (4) Class 5 secured claims in the aggregate amount of $1,641,899.14 as more fully provided in the Second Agreed Order Providing for Adequate Protection of the Interests of BancorpSouth and for Other Relief [Dkt. #185] previously entered in this case, and submits this ballot for accepting or rejecting the Debtor's Chapter 11 Plan of Reorganization [Dkt. #142] filed in this case (the "PLAN"):

BancorpSouth Bank **ACCEPTS THE PLAN**; provided, however, that such acceptance is expressly conditioned upon the entry of an agreed order resolving BancorpSouth's Conditional Objection to Confirmation [Dkt. #217].

DATED: December 6, 2012.

                                        BANCORPSOUTH BANK

                                        By: /s/ Les Alvis
                                               LES ALVIS
                                               Its Attorney
                                               Bar Number 1548

OF COUNSEL:
RILEY, CALDWELL CORK & ALVIS, P.A.
207 Court Street
Post Office Box 1836
Tupelo, Mississippi 38802-1836
(662) 842-8945