**MONTHLY OPERATING REPORT**

Chapter 11

CASE NAME:  Affordable Housing Mississippi LLC

CASE NUMBER:  10-14827-JDW   For Period  06/01/13  to  06/30/13

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.  The Debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing.  File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| ( X ) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| ( X ) | ( ) | Profit and Loss Statement (FORM 2-C) |
| ( X ) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| ( X ) | ( ) | Supporting Schedules (FORM 2-E) |
| ( X ) | ( ) | Narrative (FORM 2-F) |
| ( X ) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on:  07/22/13
      (Date)

Debtor(s)*:  Affordable Housing Mississippi, LLC

By:**  Robert K. Farrar

Position:  Manager

Name of Preparer:

Telephone No. of Preparer

*both debtors must sign if a joint petition
**for corporate or partnership debtor

FORM 2-A

CASE NAME:    AFFORDABLE HOUSING MISSISSIPPI LLC

CASE NUMBER:        10-14827-DWH

## COMPARATIVE BALANCE SHEET

ASSETS:

| CURRENT ASSETS: | Filing Date 10/04/10 | Month 06/13 | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| Cash | N/A | 21,155.77 | | | | | | |
| Accounts Receivable, Net | | 4,361.00 | | | | | | |
| Inventory, at lower of cost or market | | | | | | | | |
| Prepaid expenses & deposits | | | | | | | | |
| Other | | 2,236,736.45 | | | | | | |
| TOTAL CURRENT ASSETS | | 2,262,253.22 | | | | | | |
| PROPERTY, PLANT & EQUIPMENT | | 538,000.00 | | | | | | |
| Less accumulated depreciation | | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | | 538,000.00 | | | | | | |
| OTHER ASSETS: | | | | | | | | |
| Equipment, Phones, Furniture, etc. | | 2,500.00 | | | | | | |
| | | | | | | | | |
| TOTAL OTHER ASSETS | | 2,500.00 | | | | | | |
| **TOTAL ASSETS** | | 2,802,753.22 | | | | | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F. All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

FORM 2-B
Page 1 of 2

CASE NAME:    AFFORDABLE HOUSING MISSISSIPPI LLC

CASE NUMBER:    10-14827-DWH

COMPARATIVE BALANCE SHEET

LIABILITIES:

| | Filing date 10/04/10 | Month 06/13 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES: | | | | | | | |
| Taxes Payable (Form 2-E, pg. 1 of 3) | N/A | | | | | | |
| Accounts payable (Form 2-E, pg. 1 of 3) | | | | | | | |
| Other | | | | | | | |
| TOTAL POST-PETITION LIABILITIES: | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable - secured | | 4,494,311.43 | | | | | |
| Priority debt | | 0.00 | | | | | |
| Unsecured debt | | 4,649,229.35 | | | | | |
| Other | | | | | | | |
| TOTAL LIABILITIES | | 9,143,540.78 | | | | | |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| RETAINED EARNINGS | | | | | | | |
| Through filing date | | | | | | | |
| Post filing date | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | N/A | 9,143,540.78 | | | | | |

FORM 2-B
Page 2 of 2

CASE NAME:    AFFORDABLE HOUSING MISSISSIPPI LLC

CASE NUMBER:    10-14827-DWH

### PROFIT AND LOSS STATEMENT

| | Month 06/13 | Month | Month | Month | Month | Month | Month | |
|---|---|---|---|---|---|---|---|---|
| **NET REVENUE** | 44,090.81 | | | | | | | |
| COST OF GOODS SOLD: | | | | | | | | |
| Material | | | | | | | | |
| Labor - Direct | | | | | | | | |
| Manufacturing Overhead | | | | | | | | |
| TOTAL COST OF GOODS SOLD: | | | | | | | | |
| **GROSS PROFIT:** | 44,090.81 | | | | | | | |
| OPERATING EXPENSES: | 46,323.77 | | | | | | | |
| Selling and Marketing | | | | | | | | |
| General and Administrative | | | | | | | | |
| Other | | | | | | | | |
| TOTAL OPERATING EXPENSES | 46,323.77 | | | | | | | |
| INTEREST EXPENSE: | | | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES: | | | | | | | | |
| DEPRECIATION OR AMORTIZATION | | | | | | | | |
| EXTRAORDINARY EXPENSES* | | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | | | |
| **NET INCOME (LOSS)** | <2,232.96> | | | | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C

CASE NAME:    AFFORDABLE HOUSING MISSISSIPPI LLC          CASE NUMBER:  10-14827-DWH

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: June 1 - 30, 2013

### CASH RECONCILIATION

| | | | |
|---|---|---|---|
| 1. | Beginning Cash Balance (Ending Cash Balance from last month's report) | | $23,388.73 |
| 2. | Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | $ 44,090.81 | |
| 3. | Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's | $ 46,323.77 | |
| 4. | Net Cash Flow | $ <2,232.96> | |
| 5. | Ending Cash Balance (to FORM 2-B) | | $21,155.77 |

### CASH SUMMARY - ENDING BALANCE

| | | Amount* | Financial Institution |
|---|---|---|---|
| 1. | DIP Operating Account (#8857) | $ 5,322.40 | Trustmark National Bank |
| 2. | RE Tax Account~ (#3341) | $ 15,833.37 | Renasant Bank |
| | TOTAL (must agree with line 5 above) | $ 21,155.77 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid          $45,673.99

*NOTE: This amount should be used to
determine UST quarterly fees due and agree
with Form 2-D, page 2 of 4.

FORM 2-D
Page 1 of 4

~Established per Court Order

CASE NAME:   AFFORDABLE HOUSING MISSISSIPPI LLC        CASE NUMBER:  10-14827-DWH

## QUARTERLY FEE SUMMARY

MONTH ENDED June 30, 2013

| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $    45,919.95 | | | |
| February | $    47,198.48 | | | |
| March | $    53,331.29 | | | |
| Total | | | | |
| 1st Quarter | $   146,449.72 | $975.00 | 3561 | 05/22/13 |
| | | | | |
| April | $    40,908.83 | | | |
| May | $    42,380.11 | | | |
| June | $    45,673.99 | | | |
| Total | | | | |
| 2nd Quarter | $   128,962.93 | $975.00 | 3591 ($649.78) | 06/11/13 |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total | | | | |
| 3rd Quarter | $ | | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total | | | | |
| 4th Quarter | $ | | | |

Fee Schedule

| DISBURSEMENT RANGE | QUARTERLY FEE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.00 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during this period.
Note: should agree with "Adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor
in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME:        AFFORDABLE HOUSING MISSISSIPPI LLC

CASE NUMBER:        10-14827-DWH

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period:  June 1 - 30, 2013

Account Name:   DIP Operating                    Account Number:        8857

### CASH RECEIPTS JOURNAL
(attach additional sheets if necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| 06/03/13 | Rental Income from MS Regional Housing Authority | $1,171.00 |
| 06/04/13 | Rental Income (11 Deposits) from Various Sources | 13,665.00 |
| 06/05/13 | Rental Income (5 Deposits) from TN Valley Regional Housing Authority | 4,091.00 |
| 06/07/13 | Rental Income (7 Deposits) from Various Sources | 6,287.00 |
| 06/12/13 | Rental Income (7 Deposits) from Various Sources | 4,324.00 |
| 06/17/13 | Rental Income (6 Deposits) from Various Sources | 3,016.81 |
| 06/21/13 | Rental Income (4 Deposits) from Various Sources | 2,787.00 |
| 06/24/13 | Rental Income (4 Deposits) from Various Sources | 1,775.00 |
| 06/26/13 | Rental Income (3 Deposits) from Various Sources | 3,244.00 |
| 06/28/13 | Rental Income (6 Deposits) from Various Sources | 3,730.00 |

Total Cash Receipts    $44,090.81

FORM 2-D
Page 3 of 4

CASE NAME:          AFFORDABLE HOUSING MISSISSIPPI LLC

CASE NUMBER:        10-14827-DWH

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)
For Period:  June 1 - 30, 2013

Account Name:  DIP Operating                    Account Number:      8857

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets if necessary)

| Date | Check No. | Payee | Description/Purpose* | Amount |
|------|-----------|-------|----------------------|--------|
| 06/03/13 | Debit | Discover | Supplies, Fuel | $550.00 |
| 06/04/13 | 3566 | Baker Dist. | Supplies | 241.31 |
| 06/04/13 | 3567 | John H. Waldrup | Lawn Service | 300.00 |
| 06/04/13 | 3574 | Tri-County Lawn Care | Lawn Service | 300.00 |
| 06/04/13 | 3577 | Prentiss Co. EPA | Utilities | 105.10 |
| 06/04/13 | 3578 | Waste Pro | Garbage Removal | 126.24 |
| 06/04/13 | 3579 | Sherwin-Williams | Paint | 338.64 |
| 06/04/13 | 3581 | Keith Farrar | Repairs | 727.94 |
| 06/04/13 | 3582 | Mitch Wigington | Repairs | 693.01 |
| 06/05/13 | 3571 | Community Bank | Adequate Protection Payment* | 1,626.23 |
| 06/06/13 | 3580 | Regions Bank | Adequate Protection Payment* | 846.41 |
| 06/07/13 | 3575 | McCary Pest Control | Pest Control Service | 265.36 |
| 06/07/13 | 3592 | Robert K. Farrar | Reimbursement for Appliances | 1,693.31 |
| 06/10/13 | 3573 | Travelers | Insurance | 2,644.75 |
| 06/10/13 | 3583 | North Central EPA | Utilities | 90.08 |
| 06/10/13 | 3586 | Perry's Carpet | Carpet | 1,277.58 |
| 06/10/13 | 3589 | Town of Noxapater | Utilities | 550.31 |
| 06/10/13 | 3593 | Terri Burress | Management Fees | 5,300.78 |
| 06/10/13 | Debit | Discover | Supplies, Fuel | 500.00 |
| 06/11/13 | 3588 | Town of Como | Utilities | 425.00 |
| 06/11/13 | 3591 | U. S. Trustee | Trustee's Fees | 649.78 |
| 06/11/13 | 3597 | BancorpSouth | Adequate Protection Payment* | 9,337.32 |
| 06/11/13 | 3598 | BancorpSouth | Adequate Protection Payment* | 1,562.43 |
| 06/11/13 | 3599 | Entergy | Utilities | 449.21 |
| 06/11/13 | 3600 | Mitch Wigington | Repairs | 888.43 |
| 06/11/13 | 3601 | Keith Farrar | Repairs | 640.00 |
| 06/12/13 | 3590 | Jumpertown Water | Utilities | 344.80 |
| 06/13/13 | 3569 | Tunica Co. Utilities | Utilities | 834.23 |
| 06/13/13 | 3585 | New Albany LGW | Utilities | 12.02 |
| 06/13/13 | 3596 | City of Guntown | Utilities | 1,157.77 |

Total Cash Disbursements        $Total Carried Forward

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

CASE NAME:        AFFORDABLE HOUSING MISSISSIPPI LLC

CASE NUMBER:      10-14827-DWH

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)
For Period:  June 1 - 30, 2013

Account Name:   DIP Operating              Account Number:        8857

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets if necessary)

| Date | Check No. | Payee | Description/Purpose* | Amount |
|------|-----------|-------|----------------------|--------|
| 06/13/13 | 3602 | Guaranty Bank | Adequate Protection Payment* | 1,854.00 |
| 06/13/13 | Debit | Wells Fargo | Supplies, Parts | 543.36 |
| 06/17/13 | Debit | Bank | Deposit Return (deposit of 06/12) | 555.00 |
| 06/17/13 | Draft | Bank | Overdraft Fee | 36.00 |
| 06/19/13 | 3584 | Asco | Garbage Removal | 954.11 |
| 06/20/13 | 3604 | Mitch Wigington | Repairs | 809.30 |
| 06/24/13 | 3603 | Lowe's | Supplies | 500.00 |
| 06/25/13 | 3607 | Keith Farrar | Repairs | 767.95 |
| 06/25/13 | 3608 | Mitch Wigington | Repairs | 760.48 |
| 06/25/13 | 3611 | Cash | Automobile | 2,500.00 |
| 06/26/13 | 3605 | Booneville G&W | Utilities | 954.28 |
| 06/26/13 | 3610 | Noxapater Elderly | Reimbursement | 300.00 |
| 06/27/13 | 3606 | Tombigbee EPA | Utilities | 103.25 |
| 06/27/13 | 3612 | Terri Burress | Management Fees | 1,200.00 |
| 06/30/13 | Draft | Bank | Service Charge | 8.00 |

Total Cash Disbursements        $46,323.77

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4



## Trustmark
National Bank

### Free Business Checking

Page 1 of 11

Post Office Box 2, Jackson, Mississippi 39289    Customer Service 1-800-243-2524 or 1-601-961-6000.



| Statement Period | Account Number |
|---|---|
| From 6/01/2013 To 6/30/2013 | ███████-8857 |

*39 Images Included*

AFFORDABLE HOUSING MISSISSIPPI LLC
OPERATING ACCOUNT
DEBTOR IN POSSESSION CASE NO 10 14827
9261 OLD HWY 178
OLIVE BRANCH MS 38654-0000

**Customer Service:**

1-800-243-2524 or 1-601-961-6000
Automated Response: 24 hours/day
Representatives:  Mon. - Fri., 7am-7pm,
Sat. 9am-2pm

For questions, or to receive a Trustmark Access
Number for use with automated telephone
services, call during representative hours and
choose option '0'.

FAQs available at www.trustmark.com



## Summary



| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 7,555.36 |
| Deposits and other credits | 54 | + 44,090.81 |
| Checks and other withdrawals | 43 | - 46,279.77 |
| Service charges | 2 | - 44.00 |
| **Balance this statement** | | **$5,322.40** |

**Note:** Your lowest balance during this period was $217.96, and it occurred on  6/13/2013.

JUNE

## Deposits and Other Credits



| Date | Amount | Description |
|---|---|---|
| 6/3 | 1,171.00 | ACH DEPOSIT MISSISSIPPI REG CHECKPAYMT PPD NOXAPATER ELDER |
| 6/4 | 2,325.00 | DEPOSIT |
| 6/4 | 2,102.00 | DEPOSIT |
| 6/4 | 1,692.00 | DEPOSIT |
| 6/4 | 1,530.00 | DEPOSIT |
| 6/4 | 1,264.00 | DEPOSIT |
| 6/4 | 1,258.00 | DEPOSIT |
| 6/4 | 1,064.00 | DEPOSIT |
| 6/4 | 917.00 | DEPOSIT |
| 6/4 | 773.00 | DEPOSIT |

*Thank you for banking with us.*





# Free Business Checking

## Trustmark
National Bank

Page 2 of 11

| Statement Period | Account Number |
|---|---|
| From 6/01/2013 To 6/30/2013 | ████████8857 |



### Deposits and Other Credits - continued

| Date | Amount | Description |
|---|---|---|
| 6/4 | 630.00 | DEPOSIT |
| 6/4 | 110.00 | DEPOSIT |
| 6/5 | 2,672.00 | ACH DEPOSIT TENNESSEE VALLE LL Rent CCD 621592598 |
| 6/5 | 807.00 | ACH DEPOSIT TENNESSEE VALLE LL Rent CCD 640883650 |
| 6/5 | 268.00 | ACH DEPOSIT TENNESSEE VALLE LL Rent CCD 640871286 |
| 6/5 | 186.00 | ACH DEPOSIT TENNESSEE VALLE LL Rent CCD 640889267 |
| 6/5 | 158.00 | ACH DEPOSIT TENNESSEE VALLE LL Rent CCD 943418066 |
| 6/7 | 1,965.00 | DEPOSIT |
| 6/7 | 1,453.00 | DEPOSIT |
| 6/7 | 1,210.00 | DEPOSIT |
| 6/7 | 600.00 | DEPOSIT |
| 6/7 | 477.00 | DEPOSIT |
| 6/7 | 317.00 | DEPOSIT |
| 6/7 | 265.00 | DEPOSIT |
| 6/12 | 1,250.00 | DEPOSIT |
| 6/12 | 920.00 | DEPOSIT |
| 6/12 | 625.00 | DEPOSIT |
| 6/12 | 555.00 | DEPOSIT |
| 6/12 | 550.00 | DEPOSIT |
| 6/12 | 337.00 | DEPOSIT |
| 6/12 | 87.00 | DEPOSIT |
| 6/17 | 670.00 | DEPOSIT |
| 6/17 | 664.00 | DEPOSIT |
| 6/17 | 550.00 | DEPOSIT |
| 6/17 | 474.00 | DEPOSIT |
| 6/17 | 435.00 | DEPOSIT |
| 6/17 | 223.81 | DEPOSIT |
| 6/21 | 1,425.00 | DEPOSIT |



**Trustmark**
National Bank

Post Office Box 291, Jackson, Mississippi 39205      Customer Service 1-800-243-2524 or 1-601-961-6000.

# Free Business Checking

Page 3 of 11

| Statement Period | Account Number |
|---|---|
| From 6/01/2013 To 6/30/2013 | ▇▇▇▇-8857 |

## Deposits and Other Credits - continued

| Date | Amount | Description |
|---|---|---|
| 6/21 | 600.00 | DEPOSIT |
| 6/21 | 530.00 | DEPOSIT |
| 6/21 | 232.00 | DEPOSIT |
| 6/24 | 625.00 | DEPOSIT |
| 6/24 | 550.00 | DEPOSIT |
| 6/24 | 513.00 | DEPOSIT |
| 6/24 | 87.00 | DEPOSIT |
| 6/26 | 1,634.00 | DEPOSIT |
| 6/26 | 1,030.00 | DEPOSIT |
| 6/26 | 580.00 | DEPOSIT |
| 6/28 | 1,250.00 | DEPOSIT |
| 6/28 | 950.00 | DEPOSIT |
| 6/28 | 550.00 | DEPOSIT |
| 6/28 | 480.00 | DEPOSIT |
| 6/28 | 400.00 | DEPOSIT |
| 6/28 | 100.00 | DEPOSIT |

*Total of Deposits and Other Credits: $44,090.81*



## Checks and Other Withdrawals

### Checks Paid

*Number of images included in this statement: 39*

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 3566 | 6 /4 | 241.31 | 3578 | 6 /4 | 126.24 | 3586 | 6 /10 | 1,277.58 |
| 3567 | 6 /4 | 300.00 | 3579 | 6 /4 | 338.64 | 3588 # | 6 /11 | 425.00 |
| 3569 # | 6 /13 | 834.23 | 3580 | 6 /6 | 846.41 | 3589 | 6 /10 | 550.31 |
| 3571 # | 6 /5 | 1,626.23 | 3581 | 6 /4 | 727.94 | 3590 | 6 /12 | 344.80 |
| 3573 # | 6 /10 | 2,644.75 | 3582 | 6 /4 | 693.01 | 3591 | 6 /11 | 649.78 |
| 3574 | 6 /4 | 300.00 | 3583 | 6 /10 | 90.08 | 3592 | 6 /7 | 1,693.31 |
| 3575 | 6 /7 | 265.36 | 3584 | 6 /19 | 954.11 | 3593 | 6 /10 | 5,300.78 |
| 3577 # | 6 /4 | 105.10 | 3585 | 6 /13 | 12.02 | 3596 # | 6 /13 | 1,157.77 |

*Thank you for banking with us.*

196,791



# Trustmark
National Bank

## Free Business Checking

Page 4 of 11

| Statement Period | Account Number |
|---|---|
| From 6/01/2013 To 6/30/2013 | -8857 |

## Checks and Other Withdrawals - continued

### Checks Paid - continued

Number of images included in this statement: 39

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 3597 | 6 /11 | 9,337.32 | 3602 | 6 /13 | 1,854.00 | 3607 | 6 /25 | 767.95 |
| 3598 | 6 /11 | 1,562.43 | 3603 | 6 /24 | 500.00 | 3608 | 6 /25 | 760.48 |
| 3599 | 6 /11 | 449.21 | 3604 | 6 /20 | 809.30 | 3610 # | 6 /26 | 300.00 |
| 3600 | 6 /11 | 888.43 | 3605 | 6 /26 | 954.28 | 3611 | 6 /25 | 2,500.00 |
| 3601 | 6 /11 | 640.00 | 3606 | 6 /27 | 103.25 | 3612 | 6 /27 | 1,200.00 |

Total of Checks Paid: $44,134.

 #   Indicates a break in the check number sequence before this check.

✪   Represents an unnumbered check or a non-check item.

## Other Electronic Transactions

| Date | Amount | Description |
|---|---|---|
| 6/3 | 550.00 | ACH DEBIT DISCOVER E-PAYMENT WEB FARRAR ROBERT |
| 6/10 | 500.00 | ACH DEBIT DISCOVER E-PAYMENT WEB FARRAR ROBERT |
| 6/13 | 543.36 | ACH DEBIT WELLS FARGO DLR FEE & PMTS WEB ROBERT,.FARRAR |
| 6/17 | 555.00 | DEPOSIT ITEM RETURN DEP ITEM RETURN |

Total of Other Electronic Transactions: $2,148.36

## Service Charges

| Date | Amount | Description |
|---|---|---|
| 6/17 | - 36.00 | OD/NSF FEE NSF FEE |
| 6/30 | - 8.00 | MAINTENANCE FEE |

Total of Service Charges: $44.00

### Aggregate Overdraft and Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $36.00 | $36.00 |

**Thank you for banking with us.**

196,792



# Free Business Checking



**Trustmark**
National Bank

| Statement Period | Account Number |
|---|---|
| From 6/01/2013 To 6/30/2013 | ████-8857 |

## Daily Balance History

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/1 | $7,555.36 | 6/11 | $640.14 | 6/24 | $4,942.36 |
| 6/3 | $8,176.36 | 6/12 | $4,619.34 | 6/25 | $913.93 |
| 6/4 | $19,009.12 | 6/13 | $217.96 | 6/26 | $2,903.65 |
| 6/5 | $21,473.89 | 6/17 | $2,643.77 | 6/27 | $1,600.40 |
| 6/6 | $20,627.48 | 6/19 | $1,689.66 | 6/28 | $5,330.40 |
| 6/7 | $24,955.81 | 6/20 | $880.36 | 6/30 | $5,322.40 |
| 6/10 | $14,592.31 | 6/21 | $3,667.36 | | |



**Your Balance this Period**
Balance

## Check Images

**Note:** The items below are true and correct copies of the original items which have been photographically reproduced by the bank.



Ck 3566 Ref 701219417 Pd 6/4          $241.31



Ck 3571 Ref 701423072 Pd 6/5          $1626.23



Ck 3567 Ref 701209578 Pd 6/4          $300.00



Ck 3573 Ref 800067321 Pd 6/10          $2644.75



Ck 3569 Ref 800910874 Pd 6/13          $834.23



Ck 3574 Ref 700955386 Pd 6/4          $300.00

*Thank you for banking with us.*

196,793



# Trustmark
National Bank

## Free Business Checking



**Statement Period**
From 6/01/2013 To 6/30/2013

**Account Number**
████-8857


*Check Images - continued*

**Note:** *The items below are true and correct copies of the original items which have been photographically reproduced by the bank.*



Ck 3575 Ref 701746834 Pd 6/7      $265.36

Ck 3581 Ref 700955413 Pd 6/4      $727.94

Ck 3577 Ref 701145059 Pd 6/4      $105.10

Ck 3582 Ref 700955414 Pd 6/4      $693.01

Ck 3578 Ref 701199569 Pd 6/4      $126.24

Ck 3583 Ref 800030073 Pd 6/10      $90.08

Ck 3579 Ref 701217262 Pd 6/4      $338.64

Ck 3584 Ref 900023898 Pd 6/19      $954.11

Ck 3580 Ref 701489115 Pd 6/6      $846.41

Ck 3585 Ref 800891134 Pd 6/13      $12.02

**Thank you for banking with us.**

196,794



# Trustmark
National Bank

## Free Business Checking

Page 7 of 11

Post Office Box     Customer Service 1-800-243-2524 or 1-601-481-5008

**Statement Period**
From 6/01/2013 To 6/30/2013

**Account Number**
██████8857

*Check Images - continued*

**Note:** *The items below are true and correct copies of the original items which have been photographically reproduced by the bank.*

---

Ck 3586 Ref 800021487 Pd 6/10    $1277.58

Ck 3592 Ref 701747143 Pd 6/7    $1693.31

Ck 3588 Ref 800645962 Pd 6/11    $425.00

Ck 3593 Ref 800028114 Pd 6/10    $5300.78

Ck 3589 Ref 800094620 Pd 6/10    $550.31

Ck 3596 Ref 800885460 Pd 6/13    $1157.77

Ck 3590 Ref 800692718 Pd 6/12    $344.80

Ck 3597 Ref 800441350 Pd 6/11    $9337.32

Ck 3591 Ref 800420221 Pd 6/11    $649.78

Ck 3598 Ref 800598328 Pd 6/11    $1562.43

*Thank you for banking with us.*



# Trustmark
National Bank

## Free Business Checking

Page 8 of 11

| Statement Period | Account Number |
|---|---|
| From 6/01/2013 To 6/30/2013 | ████-8857 |

**Check Images - continued**

**Note:** The items below are true and correct copies of the original items which have been photographically reproduced by the bank.



| | |
|---|---|
| Ck 3599 Ref 800653316 Pd 6/11 $449.21 | Ck 3604 Ref 900250380 Pd 6/20 $309.30 |
| Ck 3600 Ref 800590653 Pd 6/11 $888.43 | Ck 3605 Ref 901295533 Pd 6/26 $954.28 |
| Ck 3601 Ref 800590654 Pd 6/11 $640.00 | Ck 3606 Ref 901487744 Pd 6/27 $103.25 |
| Ck 3602 Ref 800910936 Pd 6/13 $1854.00 | Ck 3607 Ref 901035753 Pd 6/25 $767.95 |
| Ck 3603 Ref 900964337 Pd 6/24 $500.00 | Ck 3608 Ref 901035752 Pd 6/25 $760.48 |

**Thank you for banking with us.**

196.796



# Free Business Checking

Page 9 of

**Trustmark**
National Bank

| Statement Period | Account Number |
|---|---|
| From 6/01/2013 To 6/30/2013 | 8857 |

*Check Images - continued*

**Note:** *The items below are true and correct copies of the original items which have been photographically reproduced by the bank.*

Ck 3610 Ref 901263471 Pd 6/26          $300.00

Ck 3612 Ref 901490803 Pd 6/27          $1200.00

Ck 3611 Ref 901156120 Pd 6/25          $2500.00

CASE NAME:        AFFORDABLE HOUSING MISSISSIPPI LLC

CASE NUMBER:        10-14827-DWH

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period:  June 1 - 30, 2013

Account Name:   Renasant Tax (2nd)~                     Account Number:        3341

### CASH RECEIPTS JOURNAL
(attach additional sheets if necessary)

| Date | Description (Source) | Amount |
|------|--------------------|--------|
| None |  | $0.00 |

Total Cash Receipts        $0.00

FORM 2-D
Page 3 of 4

~Established per Court Order entered on 03/25/11

CASE NAME:          AFFORDABLE HOUSING MISSISSIPPI LLC

CASE NUMBER:        10-14827-DWH

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period:  June 1 - 30, 2013

Account Name:   Renasant Tax (2nd)~                    Account Number:      3341

## CASH DISBURSEMENTS JOURNAL
(attach additional sheets if necessary)

| Date | Check No. | Payee | Description/Purpose | Amount |
|------|-----------|-------|--------------------|--------|
| None |           |       |                    | $0.00  |

                                                    Total Cash Disbursements      $0.00

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4

~Established per Court Order entered on 03/25/11

CASE NAME:   AFFORDABLE HOUSING MISSISSIPPI LLC          CASE NUMBER:  10-14827-DWH

**SUPPORTING SCHEDULES**

For Period:  June 1 - 30, 2013

POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0 - 30 | 31 - 60 | 61 - 90 | OVER 90 |
|------|----------|-----|--------|---------|---------|---------|
| FITW | | | | | | |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | $0.00 | | | | | |

FORM 2-E
Page 1 of 3

CASE NAME:   AFFORDABLE HOUSING MISSISSIPPI LLC        CASE NUMBER:  10-14827-DWH

**SUPPORTING SCHEDULES**

For Period:  June 1 - 30, 2013

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0 - 30 | 31 - 60 | 61 - 90 | OVER 90 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | $4,361.00 | | | | | |

FORM 2-E
Page 2 of 3

CASE NAME:    AFFORDABLE HOUSING MISSISSIPPI LLC                    CASE NUMBER:  10-14827-DWH

### SUPPORTING SCHEDULES

For Period: June 1 - 30, 2013

INSURANCE SCHEDULE

| Type | Carrier/Agent | Site | Policy No. | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|------|------------|--------------|--------------------|--------------|
| General Liability | Travelers Casualty | Booneville | 680-7959P88A-11 | * | 05/08/14 | Yes |
| General Liability | Travelers Casualty | Prentiss | 680-7968P906-11 | * | 05/08/14 | Yes |
| General Liability | Travelers Casualty | Como #1 | 680-3727P112-09 | * | 12/20/13 | Yes |
| General Liability | Travelers Casualty | Como #2 | 680-3729P916-09 | * | 12/20/13 | Yes |
| General Liability | Travelers Casualty | Como III | 680-3770P267-09 | * | 12/20/13 | Yes |
| General Liability | Travelers Casualty | Guntown | 680-7962P385-11 | * | 05/08/14 | Yes |
| General Liability | Travelers Casualty | Guntown II | 680-7963P892-11 | * | 05/08/14 | Yes |
| General Liability | Travelers Casualty | Mantachie | 680-7954P188-11 | * | 05/08/14 | Yes |
| General Liability | Travelers Casualty | Myrtle | 680-7956P274-11 | * | 05/08/14 | Yes |
| General Liability | Travelers Casualty | Noxapater | 680-3857P096-09 | * | 12/20/13 | Yes |
| General Liability | Travelers Casualty | Reinzi | 680-7952P066-11 | * | 05/08/14 | Yes |
| General Liability | Travelers Casualty | Robinsonville II | 680-3699P342-10 | * | 12/20/13 | Yes |
| General Liability | Travelers Casualty | Jumpertown | 680-7906P222-11 | * | 05/08/14 | Yes |

*1,000,000; $300,000; $5,000; $1,000,000; $2,000,000; $2,000,000

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

FORM 2-E
Page 3 of 3

CASE NAME:   AFFORDABLE HOUSING MISSISSIPPI LLC          CASE NUMBER:  10-14827-DWH

## NARRATIVE STATEMENT

For Period:  June 1 - 30, 2013

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period.  Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing.  Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

FORM 2-F